PROB 12C
(6/16)

Report Date: February 27, 2019

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: George Walter Antrup | Case Number: 0980 1:16CR02022-SMJ-1 |
| Address of Offender: | Spokane, Washington  99202 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 25, 2017

Original Offense:    Possession of Child Pornography, 18 U.S.C. § 225A(a)(5)(B)

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: October 18, 2018 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: October 17, 2028 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5:** You must neither possess nor have under your control any material that depicts "sexually explicit conduct" involving adults or "minor[s]," "child pornography," or "visual or auditory depictions" of "minor[s]" engaged in "sexually explicit conduct," all as defined in 18 U.S.C. § 2256. |
| | **Supporting Evidence**: George Antrup violated the terms of his supervised release by possessing material depicting sexually explicit conduct of adults or minors, on or about February 21, 2019. |
| | On October 18, 2018, supervision commenced in this matter.  On October 19, 2018, Mr. Antrup  reported to the U.S. Probation Office for the purpose of completing a supervision intake.  At that time his conditions of supervision were explained to him, which included the above-noted special condition #5. |
| | On February 21, 2019, the undersigned officer was contacted by a case manager at the Residential Reentry Center (RRC).  They advised that Mr. Antrup was required to turn in his cellular phone for the purpose of a random search.  They indicated that Mr. Antrup appeared to be deleting items from his phone prior to handing the phone over to staff.  The RRC staff member immediately observed two images that were described as child pornography and the phone was turned over  to the case manager. |

Prob12C
Re: Antrup, George Walter
February 27, 2019
Page 2

The undersigned officer responded to the RRC and took possession of the two cellular phones belonging to Mr. Antrup. The undersigned officer then met with Mr. Antrup who immediately stated, "I have no excuse." Upon further discussion, Mr. Antrup indicated that there would be approximately 12 images of "nudity" on his phone. Mr. Antrup would not define what he meant by nudity. When asked about the types of individuals in the images (male, female, adult or children), Mr. Antrup initially did not respond, but later confirmed, with a nod, when asked if the images included all of the above.

The cellular phones were provided to the Federal Bureau of Investigations (FBI) for the completion of a forensic search. The results of that search are pending.

2      **Special Condition #8**: If allowed to access on-line "computer," or Internet services, you shall not access any on-line computer or Internet services, sites, or media that include or feature material that depicts "sexually explicit conduct" involving adults or "minor[s], "child pornography," or "visual or auditory depictions" of 'minor[s]" engaged in "sexually explicit conduct,"all as defined in 18 U.S.C § 2256.

**Supporting Evidence**: George Antrup violated the terms of his supervised release by accessing on-line services, sites, media or material that depicts sexually explicit conduct involving adults or minors, on or about February 21, 2019.

On October 18, 2018, supervision commenced in this matter. On October 19, 2018, Mr. Antrup reported to the U.S. Probation Office for the purposes of completing a supervision intake. At that time, his conditions of supervision were explained to him, which included the above-noted special condition #8.

On February 21, 2019, the undersigned officer was contacted by a case manager at the Residential Reentry Center. They advised that Mr. Antrup was required to turn in his cellular phone for the purpose of a random search. They indicated that Mr. Antrup appeared to be deleting items from his phone prior to handing the phone over to staff. The RRC staff member immediately observed two images that were described as child pornography and the phone was turned over to the case manager.

The undersigned officer responded to the RRC and took possession of the two cellular phones belonging to Mr. Antrup. The undersigned then met with Mr. Antrup who immediately stated, "I have no excuse." Upon further discussion, Mr. Antrup indicated that there would be approximately 12 images of "nudity" on his phone. Mr. Antrup would not define what he meant by nudity. When asked about the types of individuals in the images (male, female, adult or children), Mr. Antrup initially did not respond, but later confirmed with a nod when asked if the images included all of the above.

Mr. Antrup indicated the images just, "showed up on the web." However, he also indicated he likes costumes and had put NU Junior Contest in the search browser. He indicated the NU entry was there by accident, and may have caused the images to appear.

The cellular phones were provided to the Federal Bureau of Investigations (FBI) for the completion of a forensic search. The results of that search are pending.

3 **Special Condition #14:** You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

**Supporting Evidence**: George Antrup violated the terms of his supervised release by possessing material that depicts sexually explicit conduct involving children or adults, on or about February 21, 2019.

On October 18, 2018, supervision commenced in this matter. On October 19, 2018, Mr. Antrup reported to the U.S. Probation Office for the purposes of completing a supervision intake. At that time, his conditions of supervision were explained to him, which included the above-noted special condition #14.

On February 21, 2019, the undersigned was contacted by a case manager at the Residential Reentry Center. They advised that Mr. Antrup was required to turn in his cellular phone for the purposes of a random search. They indicated that Mr. Antrup appeared to be deleting items from his phone prior to handing the phone over to staff. The RRC staff member immediately observed two images that were described as child pornography and the phone was turned over to the case manager.

The undersigned responded to the RRC and took possession of the two cellular phones belonging to Mr. Antrup. The undersigned then met with Mr. Antrup who immediately stated, "I have no excuse." Upon further discussion, Mr. Antrup indicated that there would be approximately 12 images of "nudity" on his phone. Mr. Antrup would not define what he meant by nudity. When asked about the types of individuals in the images (male, female, adult or children), Mr. Antrup initially did not respond, but later confirmed with a nod when asked if the images included all of the above.

Mr. Antrup indicated the images just "showed up on the web." However, he also indicated he likes costumes and had put NU Junior Contest in the search browser. He indicated the NU entry was there by accident, and may have caused the images to appear.

The cellular phones were provided to the Federal Bureau of Investigations (FBI) for the completion of a forensic search. The results of that search are pending.

4 **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

George Antrup violated the terms of his supervised release by failing to follow the instructions of the U.S. probation officer, by continuing to search anime and 3D images on the Internet after being directed to ceased this activity, on or about February 11, 2019.

Prob12C
**Re: Antrup, George Walter**
**February 27, 2019**
**Page 4**

On October 18, 2018, supervision commenced in this matter. On October 19, 2018, Mr. Antrup reported to the U.S. Probation Office for the purpose of completing a supervision intake. At that time, his conditions of supervision were explained to him, which included the above-noted standard condition #13.

Mr. Antrup was granted permission to have possession of a cellular phone. Mr. Antrup installed monitoring software, Covenant Eyes, as directed. As a result of the installation of Covenant Eyes, the undersigned officer gets regular activity reports. There had been ongoing issues related to these reports. Covenant Eyes consistently issues reports indicating there may be inappropriate activity. However, due to how the information is reported to Covenant Eyes, Covenant Eyes could not report if the activity was related to Mr. Antrup's searches or due to background pop ups and advertisements.

There have been multiple discussions with Mr. Antrup regarding his online activity and if his searches are triggering alerts from Covenant Eyes. These discussions included his interests in computer graphics, anime, and 3D images. Mr. Antrup agreed that the online activity may be causing issues with Covenant Eyes and agreed to cease this activity because he "didn't want any problems." Therefore, on December 10, 2018, he was directed to cease online activity related to the noted online activities.

There continued to be ongoing issues with the Covenant Eyes reports. On February 4, 2019, Mr. Antrup indicated he was searching anime and 3D images. He was again directed to stop this type of activity.

On February 11, 2019, another discussion occurred related to anime and 3D images. Mr. Antrup admitted again to these activities and then stated he thought the directive to discontinue searching anime and 3D images were only a "suggestion."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 27, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Antrup, George Walter**
**February 27, 2019**
**Page 5**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____02/27/2019_____
Date